IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| TONY COLLINS | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 4:18-cv-00559-MW-CAS |
| v. | )<br>) |
| EQUIFAX INFORMATION SOLUTIONS, LLC, and CAMPUS USA FOUNDATION, INC. d/b/a CAMPUS USA CREDIT UNION, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, on this 10th day of September, 2019, by and between Plaintiff and Defendants Equifax Information Services LLC and Campus USA Foundation, Inc. d/b/a Campus USA Credit Union, that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

Respectfully submitted,

**SMITHMARCO, P.C.**

*/s/ David M. Marco*_____
DAVID M. MARCO
55 West Monroe Street, Suite 1200
Chicago, IL 60603
312-546-6539 (Telephone)
dmarco@smithmarco.com

**KING & SPALDING, LLP**

*/s/ John Anthony Love*
John Anthony Love
1180 Peachtree Street NE
Atlanta, GA 30309
404-572-4600 (Telephone)
tlove@kslaw.com


**LUKS, LUKS, SANTANIELLO,
PETRILLO & COHEN**

*/s/ Matthew G. Krause*
Matthew G. Krause
110 SE 6th Street
20th Floor
Fort Lauderdale, FL 33301
954-761-9900 (Telephone)
mkrause@insurancedefense.net


Dated: September 10, 2019